**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELA BELTRAN ROJAS,<br>(A-Number: 249-235-616)<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>DETENTION CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-02065 JLT EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br>(Doc. 11)<br><br>ORDER GRANTING RESPONDENTS'<br>MOTION TO DISMISS PETITION,<br>DISMISSING PETITION, AND DIRECTING<br>CLERK OF COURT TO ENTER JUDGMENT<br>AND CLOSE CASE<br><br>(Doc. 8) |

Petitioner Daniela Beltran Rojas, formerly detained by Respondents, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Respondents' motion to dismiss the petition as moot insofar as Petitioner had been removed from the United States. (Doc. 11.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 9.) Over 10 days have passed, and no party has filed objections. The docket reflects the Findings and Recommendations served on Petitioner were returned as undeliverable.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.   The Findings and Recommendations issued on May 6, 2026, (Doc. 11), are **ADOPTED** in full.

2.   Respondents' motion to dismiss, (Doc. 8), is **GRANTED**.

3.   The petition for writ of habeas corpus is **DISMISSED**.

4.   The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

UNITED STATES DISTRICT JUDGE